IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30456
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LARRY JOSEPH, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CR-275-N
- - - - - - - - - -
October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Larry Joseph, Jr., has appealed the sentence he received

upon his plea of guilty of drug-trafficking offenses.  The

district court did not err by finding that Joseph was a leader

and organizer of the conspiracy, and consequently increasing his

offense level pursuant to U.S.S.G. § 3B1.1(c).  These findings

are supported by Joseph's own statements to the probation officer

during the presentence investigation.  See United States v.

Ayala, 47 F.3d 688, 689-90 (5th Cir. 1995).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.